

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2014

No. 04-14-00665-CR

**IN RE** Michael **HURTADO**, Relator

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On September 22, 2014, relator filed a pro se petition for writ of mandamus. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on September 26th, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2006CR20194C, styled *The State of Texas v. Michael Hurtado*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.